IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **LEONARD S. EMBODY,** | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-cv-00126 |
| | ) | **JURY DEMAND** |
| V. | ) | |
| | ) | **JUDGE HAYNES** |
| **STEVE WARD, individually,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO AMEND
## CASE MANAGEMENT ORDER NO. 1

The parties through undersigned counsel move the Court to amend Case Management Order No. 1 (Doc. #8), Section C. Other Pretrial Discovery Matters. The parties request that the following dates be substituted:

All written discovery shall be submitted in sufficient time so that the response shall be in hand by **September 15, 2010.**

By the close of business on **September 15, 2010**, the plaintiff shall declare to the defendant (<u>not</u> file with the Court) the identity of his expert witnesses and provide all the information specified in Rule 26(a)(2)(B).

All discovery shall be completed by the close of business on **October 29, 2010**.

All discovery related statements shall be filed by the close of business on **October 29, 2010.**

By the close of business on **October 29, 2010**, the defendant shall declare to the plaintiff (<u>not</u> file with the Court) the identity of his expert witnesses and provide all the information specified in Rule 26(a)(2)(B).

All dispositive motions shall be filed by the close of business on **November 30, 2010,** and any response thereto shall be filed by the close of business on **December 30, 2010.**

Any reply shall be filed by the close of business on **January 7, 2011.**

The parties respectfully request the above changes.

                Respectfully submitted,

                ROBERT E. COOPER, JR., BPR #010934
                Attorney General & Reporter

                <u>s/Mary M.Bers</u>
                MARY M. BERS, BPR #013159
                Senior Counsel
                Civil Rights & Claims Division
                P.O. Box 20207
                Nashville, Tennessee 37202-0207
                (615) 741-1845

                _____
                PHILLIP L. DAVIDSON, BPR #6466
                2400 Crestmoor Road
                Suite 107
                Nashville, Tennessee 37215
                (615) 386-7115

CERTIFICATE OF SERVICE

        I hereby certify that on this 30th day of July, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Copies will be served by the Court's electronic filing service on the following counsel of record:

Mary M. Bers
Office of the Attorney General
Civil Rights and Claims Division
P. O. Box 20207
Nashville, TN 37202-0207

Phillip L. Davidson
2400 Crestmoor Road
Suite 107
Nashville, TN 37215

                                                                 _____
                                                                 MARY M. BERS

3

Case 3:10-cv-00126   Document 10   Filed 07/30/10   Page 3 of 3 PageID #: 34