IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| LEONARD S. EMBODY, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-cv-00126 |
| | ) | JURY DEMAND |
| V. | ) | |
| | ) | JUDGE HAYNES |
| STEVE WARD, individually, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO AMEND
## CASE MANAGEMENT ORDER NO. 1

The parties through undersigned counsel move the Court to amend Case Management Order No. 1 (Doc. #8), Section C. Other Pretrial Discovery Matters. The parties request that the following dates be substituted:

All written discovery shall be submitted in sufficient time so that the response shall be in hand by **September 15, 2010.**

By the close of business on **September 15, 2010**, the plaintiff shall declare to the defendant (<u>not</u> file with the Court) the identity of his expert witnesses and provide all the information specified in Rule 26(a)(2)(B).

All discovery shall be completed by the close of business on **October 29, 2010**.

All discovery related statements shall be filed by the close of business on **October 29, 2010.**

By the close of business on **October 29, 2010**, the defendant shall declare to the plaintiff (<u>not</u> file with the Court) the identity of his expert witnesses and provide all the information specified in Rule 26(a)(2)(B).

[Handwritten annotations: "OK WSK / This motion is well taken / for deadlines / adopted / WJH / 8-2-10"]