UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEONARD S. EMBODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cv-126 |
| | ) | JUDGE HAYNES |
| STEVE WARD, individually, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND COMPLAINT

Comes the Plaintiff pursuant to Fed. R. Civ. Procedure Rule 15(a) and request that he be allowed to amend his Amended Complaint to allege an additional allegation against the Defendant.

Amendments to Complaint should be freely granted where justice demands it. Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227, 9. L.Ed.2d 722 (1962).

Respectfully submitted,

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was delivered electronically to

Mary M. Bers
Senior Counsel
Civil Rights & Claims Division
PO Box 20207
Nashville, TN 37202-0207

on this date.

/s/ Phillip L. Davidson
Phillip L. Davidson