IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LEONARD S. EMBODY, | ) |
| Plaintiff, | ) NO. 3:10-cv-00126 |
| | ) JURY DEMAND |
| V. | ) |
| | ) JUDGE HAYNES |
| STEVE WARD, individually, | ) |
| Defendant. | ) |

## MOTION BY STEVE WARD
## FOR LEAVE TO MANUALLY FILE AN AUDIO CD

*[Handwritten annotation: "Duly sn. This motion is GRANTED. [signature] US DJ 12-3-10"]*

Defendant Steve Ward moves for leave to manually file an audio CD of the recording made by plaintiff Leonard Embody on December 20, 2009, while at Radnor Lake State Natural Area. Defendant Ward has previously electronically filed a Motion for Summary Judgment, Statement of Material Facts in Support of Motion, and Memorandum of Law in Support of Motion. (Doc. ## 16, 17, 18, 11/30/10). The audio CD was supplied by the plaintiff, and is Exhibit 5 to the Deposition of Leonard Embody. It includes the discussion between plaintiff Embody and Park Ranger Joshua Walsh that Embody recorded on December 20, 2009, the date of the incident in this case. This discussion is referenced in the Amended Complaint, ¶ 3 (Doc. # 15, Amended Complaint, 11/9/10), and is now relevant to the defenses raised by defendant Ward in his Motion for Summary Judgment.