IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **LEONARD S. EMBODY,** | ) | |
| | ) | |
| Plaintiff, | ) | **NO. 3:10-cv-00126** |
| | ) | **JURY DEMAND** |
| V. | ) | |
| | ) | **JUDGE HAYNES** |
| **STEVE WARD, individually,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION BY STEVE WARD FOR LEAVE TO
## FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Plaintiff Embody has filed a response to defendant Ward's Motion for Summary Judgment. (Doc. #22, Response in Opposition to Motion for Summary Judgment, 12/15/10).

Pursuant to Case Management Order No. 1, note 1, (Doc. #8, Case Management Order No. 1, 4/7/10), defendant Steve Ward asks the Court's permission to file a reply in support of his motion for summary judgment. In addition, plaintiff Embody's response to the motion f or summary judgment includes "Plaintiff's Statement of Material Facts in Dispute Which Preclude Summary Judgment" with numbered paragraphs. Defendant Ward also asks the Court for permission to provide responses to these paragraphs.

Respectfully submitted,

ROBERT E. COOPER, JR., BPR # 010934
Attorney General and Reporter

s/Mary M. Bers, BPR # 013159
Senior Counsel

s/ Dawn M. Jordan, BPR # 020383
Senior Counsel
Office of the Attorney General
P. O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1845


CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of December, 2010, a copy of the foregoing was filed electronically to Phillip L. Davidson, 2400 Crestmoor Road, Suite 107, Nashville, TN 37215.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Copies will be served by the Court's electronic filing service on the following counsel of record:


    s/ Mary M. Bers