D. FORM 104 (04-07)
A 82.2.1, 83.2.5
Supplement Report
Metropolitan Police Department
Nashville, TN

1. Name — ☐ Arrestee — ☐ Driver No. 1 — ☐ Victim
312 Investigation - Leonard Embody

2. M.P.D. Incident No.
10-024526

Arrest No. ☒ N/A
4. Offense and Classification / Charge
312 Supplement

Changed ☐ Yes ☒ See Narrative

5. Page No. 5 of 6

Kind of Report Continued
☐ Missing Person
☒ Follow-up or Supplemental
Incident
Arrest
Narrative
I/A

7. Multiple Clear-up ☒ N/A
☐ Yes
☐ No
(If Yes, List Other Incident No's and/or Victims in Narrative)

8. Further Police Action and Report Required
☐ Yes
☒ No

9. Value of Property Recovered
☒ N/A  $ _____

Sequence of Events 12/20/09

4:20pm  ECC received call from Park Ranger Josh Ross requesting MNPD (See attache CAD printout)

4:29pm  First Metro Officer Arrived (See attached CAD printout)

Sgts White and Finchum were at the West Precinct and Officer Clifford Cox contacted Sgt. White by phone regarding the particulars of the incident at Radnor Lake State Park

Sgts White researched the TCA codes at West Precinct for applicable ordinances

Sgt. White advised Officer Cox that 39-17-311 would be the appropriate charge in the incident. Officer Smith completed the State Citation. Mr. Embody refused to sign and requested to speak with a supervisor

Sgts White and Finchum left West Precinct enroute to the scene (14 mile trip one way)

While enroute, Sgt White spoke with Detective Mike Butler in order to get assistance with the incident.

In addition, Sgt. White called Officer Smith and advised him to contact the Night Court Commissioner to determine if a warrant would be issued.

Sgt. White notified Field Captain Ben Dicke

5:09pm  Sgt. White and Finchum arrived on the scene (Documented by Sgt. White)

Detective Butler arrived on the scene in order to coordinate with the ATF regarding the classification of weapon. When notified, Detective Butler was on the scene of a death investigation on Oakland Ave and was unable to immediately leave the scene. He remained on the scene on Oakland another 20 - 30 minutes before starting enroute to Radnor State Park.

Detective Butler called the ATF Agent and relayed all of the gun information. The ATF agent in turn notified their lab in

CENTRAL RECORD DIVISION
This is a true and certified copy of original report in file with the Central Records Division - Metropolitan Nashville Police Department
Lt Natel [signature]
Signature

11. Signature of Recipient/Authorizer:

12. Advisory Notice Issued
☐ Domestic Violence Notice
☐ Citizen Information Notice
☐ N/A
☐ Other

13. Reporting Officer (Print Name; First, MI, Last) (Date/Time)
[signature] 6/10/10 1905
Employee No. 226310   Radio Call Sign 101AW

14. Approving Supervisor (Signature)
[signature]
Employee No. 217374

17. Case Status
☐ Open
☐ Unfounded
☐ Cleared by Arrest

Cleared by Exception (Select One Below)
☐ Death of Offender
☐ Prosecution Declined
☐ Extradition Declined
☐ Refused to Cooperate
☐ Juvenile, No Custody

15. Reviewer   Employee No.   Date/Time Reviewed

| | | | | | | |
|---|---|---|---|---|---|---|
| D. FORM 104<br>04-07)<br>EA 82.2.1,83.2.5 | **Supplement Report** | Metropolitan Police Department<br>Nashville, TN | 1. Name ☐ Arrestee ☐ Driver No. ☐ Victim<br>312 Investigation - Leonard Embody | | 2. M.P.D. Incident No.<br>10-024526 | |
| rrest No. | ☒ N/A | 4. Offense and Classification / Charge<br>312 Supplement | | Changed<br>☐ Yes<br>See Narrative | 5. Page No.<br>6 of 6 | |
| Kind of Report Continued<br>Incident ☐ Missing Person<br>Arrest ☒ Follow-up or Supplemental<br>Narrative<br>N/A | 7. Multiple Clear-up<br>☐ Yes<br>☐ No | ☒ N/A<br>(If Yes, List Other Incident No's, and/<br>or Victims in Narrative) | 8. Further Police Action and Report Required<br>☐ Yes<br>☒ No | | 9. Value of Property Recovered<br>☒ N/A $ | |

...rginia in order to verify the correct classification of the weapon.

...pproximately 20 passed before the ATF Agent returned a call to Detective Butler and verified that the weapon was

...assified as a 'handgun'.

...gt. White ensured that the weapon, magazine, and rounds were returned to Mr. Embody and he was released.

...NPD officers cleared the call at 7:22pm. (see attached CAD printout)

...he officers on the scene elected to wait on the information from the ATF Agent in regards to the correct

...lassification of the weapon. Officers were relying on an 'expert' in the area of firearms classifications in order to

...nsure that the correct legal decision was made and to ensure that Mr. Embody's civil rights were protected. Although

...is was one of many steps that occurred during the investigation, it was crucial and necessary in order to protect Mr.

...mbody's civil rights, the officers on the scene, citizens in the area, and the MNPD. The series of events that took

...lace were time intensive, but were necessary. Officers were authorized under TCA 39-17-1351 to detain and disarm

...Mr. Embody for the protection of the citizens and officers. Officer Smith completed a misdemeanor State Citation

...based upon belief that Mr. Embody was in possession of an AK-47 short rifle.

CENTRAL RECORD DIVISION
This is a true and certified copy of
original report in file with the
Central Records Division - Metropolitan
Nashville Police Department

Lt Natal KL
Signature

11. Signature of Recipient/Authorizer:

12. Advisory Notice Issued
☐ Domestic Violence Notice ☐ N/A
☐ Citizen Information Notice ☐ Other

13. Reporting Officer (Print Name: First, MI, Last) (Date/Time)   6/10/10 1905   Employee No. 226310   Radio Call Sign 101AW

14. Approving Supervisor (Signature)   Employee No. 217376

17. Case Status
☐ Open
☐ Unfounded
☐ Cleared by Arrest

Cleared by Exception (Select One Below)
☐ Death of Offender
☐ Prosecution Declined
☐ Extradition Declined
☐ Refused to Cooperate
☐ Juvenile, No Custody

15. Reviewer   Employee No.   16. Date/Time Reproduced   Employee No.

Case 3:10-cv-00126 Document 25-1 Filed 12/28/10 Page 2 of 2 PageID #: 466