UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEONARD S. EMBODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cv-126 |
| | ) | JUDGE HAYNES |
| STEVE WARD, individually, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RESPONSE TO THE ORDER OF THE COURT

Comes the Plaintiff in response to the Court's Order (Docket Entry No. 41) and states that he is making a Second Amendment claim that the Defendant violated his right to bear arms.

Respectfully submitted,

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was delivered by U.S. Mail and/or electronically to

Robert E. Cooper, Jr.
Attorney General and Reporter

Mary M. Bers
Senior Counsel

Dawn M. Jordan
Senior Counsel
PO Box 20207
Nashville, TN 37202-0207

on this date.

/s/ Phillip L. Davidson
Phillip L. Davidson