IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LEONARD S. EMBODY, )
)
    Plaintiff, ) No. 3:10cv-00126
) JUDGE HAYNES
v. )
)
STEVE WARD, Individually, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 21) is **GRANTED**. This action **is DISMISSED with prejudice.**

This is the Final Order in this action

It is so **ORDERED**.

**ENTERED** this the 20th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge