IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEONARD S. EMBODY, | ) |
| | ) |
| Plaintiff, | ) No. 3:10cv-00126 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| STEVE WARD, Individually, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 21) is **GRANTED**. This action **is DISMISSED with prejudice.**

This is the Final Order in this action

It is so **ORDERED**.

**ENTERED** this the _____ day of July, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge