UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Leonard S. Embody                )
                                 )
                                 ) Case No.: 3:10cv126
v.                               ) Judge Haynes
                                 )
Steve Ward                       )
                                 )

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 20, 2011.

    KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk