UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEONARD S. EMBODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cv-126 |
| | ) | JUDGE HAYNES |
| STEVE WARD, individually, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

Comes the Plaintiff, Leonard S. Embody, and gives notice to the Defendant, Steve Ward, that he is appealing the District Court's decision dated July 20, 2011 to the Sixth Circuit Court of Appeals.

                                                          Respectfully submitted,

                                                          /s/ Phillip L. Davidson
                                                          Phillip L. Davidson, #6466
                                                          2400 Crestmoor Road
                                                          Suite 107
                                                          Nashville, Tennessee 37215
                                                          (615) 386-7115

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was delivered electronically to

Robert E. Cooper, Jr.
Attorney General and Reporter

Mary M. Bers
Senior Counsel

Dawn M. Jordan
Senior Counsel
PO Box 20207
Nashville, TN 37202-0207

on this date.

/s/ Phillip L. Davidson
Phillip L. Davidson

2
Case 3:10-cv-00126   Document 46   Filed 08/09/11   Page 2 of 2 PageID #: 572